

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00123-CV

Blanca **HERNANDEZ**,
Appellant

v.

**TEXAS DEPARTMENT OF INSURANCE, WORKERS' COMPENSATION DIVISION**,
and Rod Bordelon Jr. in His Official Capacity as Commissioner of Workers' Compensation,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 12-12-28082-MCV
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellees the Texas Department of Insurance, Workers' Compensation Division, and Rod Bordelon Jr., recover their costs of this appeal, if any, from appellant Blanca Hernandez.

SIGNED July 30, 2014.

_____
Marialyn Barnard, Justice